# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JAMES W. ECKEL                                                      CIVIL ACTION

VERSUS

JP MORGAN CHASE BANK, N.A.;
DOES 1 through 10, inclusive.                      NO.: 18-CV-00826-BAJ-RLB

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 5)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Plaintiff James W. Eckel's Complaint (Doc. 1) pursuant to 28 U.S.C. § 1915(e). The Magistrate Judge recommended that Plaintiff's Complaint be **DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee in the amount of $400.00 or file a motion to proceed in forma pauperis. (Doc 5 at p. 2).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Id. at p. 1). Neither party filed a response. Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 5)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Defendant's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

Baton Rouge, Louisiana, this ___9th___ day of November, 2018.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA